Matthew C. Golden
Kim M. Golden
4449 East Weldon Ave.
Phoenix AZ 85018
*Debtors Pro Se*


FILED
2014 FEB 27 PM 2: 26
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

# U.S. BANKRUPTCY COURT

# DISTRICT OF ARIZONA (PHOENIX)

| | | |
|---|---|---|
| In Re: | ) | 2:14-BK-01654-SSC |
| | ) | |
| Matthew C. Golden | ) | |
| Kim M. Golden, | ) | |
| | ) | MOTION TO CONVERT |
| Debtors | ) | |
| | ) | |

COME NOW debtors, appearing Pro Se in this proceeding, and respectfully request this matter be converted to a Chapter 7.

Dated this 27 day of February, 2014.

_____
Matthew Golden

_____
Kim Golden

A copy of the foregoing mailed, emailed
and/or electronically transmitted this date to:

**RUSSELL BROWN**
**CHAPTER 13 TRUSTEE**
**SUITE 800**
**3838 NORTH CENTRAL AVENUE**
**PHOENIX, AZ 85012-1965**

BY: _____